ACCEPTED
14-14-00412-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/19/2015 8:09:24 AM
CHRISTOPHER PRINI
CLERK

# Thomas W. McQuage

ATTORNEY AT LAW

619 8rh Ave. N.
Texas City, TX 77590
PH (409) 945-9700
FAX (409) 945-3846

P. O. Box 16894
Galveston, TX 77552-6894
PH (409)762-1104
FAX (409) 762-4005

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/19/2015 8:09:24 AM

CHRISTOPHER A. PRINE
Clerk

March 19, 2015

Christopher A. Prine, Clerk
14th Court of Appeals
301 Fannin St., Room 245
Houston, TX.  77002

      Re:     Cause No.14-14-412-CV;  Joseph Peine v. HIT Services, L.P., et al.

Dear Mr. Prine:

      This case is set for oral argument on Thursday, March 26, 2015.  By this letter, I notify the Court that I will be presenting argument on behalf of the Appellant, Joseph Peine.

      Yours truly,

      /s/Thomas W. McQuage